IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALMA K. ALI, | |
| Plaintiff, | No. C 07-03628 JSW |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |
| Defendant. | |

On July 31, 2007, this Court issued an order granting Plaintiff's motion to proceed *in forma pauperis*. Pursuant to that order, the summons was served in August 2007. Pursuant to Northern District Civil Local Rule 16-5, the Commissioner's answer was due by December 2007. To date, no answer has been filed. Although the Commissioner's answer is six months late, Plaintiff has not requested entry of default.

Having not received any such request, the Court HEREBY ORDERS PLAINTIFF TO SHOW CAUSE as to why his case should not be dismissed for failure to prosecute. Plaintiff is ORDERED to file a written response by no later than May 30, 2008.

**IT IS SO ORDERED.**

Dated: May 15, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE