IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALMA K. ALI,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant.<br>_____/ | No. C 07-03628 JSW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On May 15, 2008, this Court issued an Order to Show Cause to the Plaintiff directing him to show cause why the case should not be dismissed. Having received Plaintiff's response, the Order to Show Cause is HEREBY DISCHARGED.

The Court HEREBY DIRECTS Plaintiff to file a request for entry of default by no later than July 23, 2008. Plaintiff is admonished that if he fails to file a request for entry of default by this date, the Court will dismiss this action for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 9, 2008

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE