IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALMA K. ALI,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant.<br>_____/ | No. C 07-03628 JSW<br><br>**ORDER DENYING MOTION FOR RELIEF FOR JUDGMENT** |

On August 6, 2008, Defendant filed a motion for relief from judgment under Federal Rule of Civil Procedure 60(b) and to reopen the case. However, judgment has not yet been entered in this case, nor has the case been closed. Default, not default judgment, was entered against Defendant on August 4, 2008. (Docket No. 17.) Therefore, the Court DENIES Defendant's motion as premature. This Order is without prejudice to Defendant filing a motion for relief from entry of default.

**IT IS SO ORDERED.**

Dated: August 7, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE