IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALMA K. ALI,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant.<br>_____/ | No. C 07-03628 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

The Court has received Defendant's motion for relief from order under Federal Rule of Civil Procedure 60(b) and to reopen the case. The Court construes this as a motion for relief from entry of default pursuant to Federal Rule of Civil Procedure 55(c) and notes, again, that the case has not been closed.

The Court HEREBY ORDERS that an opposition to this motion shall be filed by no later than September 8, 2008 and a reply brief shall be filed by no later than September 15, 2008.

**IT IS SO ORDERED.**

Dated: August 25, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE