**United States District Court**
For the Northern District of California

1

2

3

4

5

6           IN THE UNITED STATES DISTRICT COURT

7
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9   SALMA K. ALI,

10          Plaintiff,                          No. C 07-03628 JSW

11      v.

12  COMMISSIONER OF SOCIAL SECURITY,        **ORDER SETTING BRIEFING**
                                            **SCHEDULE REGARDING**
13          Defendant.                      **ANSWER AND MOTION FOR**
                                            **SUMMARY JUDGMENT**
    _____/
14

15          On October 3, 2008, the Court granted the motion for relief from entry of default filed

16  by defendant Commissioner of Social Security.  To date, Defendant has not yet filed an answer.

17  The Court HEREBY ORDERS that Defendant shall serve and file an answer by no later than

18  November 26, 2008.  Plaintiff shall serve and file a motion for summary judgment or for

19  remand within thirty days of service of Defendant's answer.  Defendant shall serve and file any

20  opposition or counter-motion within thirty days of service of Plaintiff's motion.  Plaintiff may

21  serve and file a reply within fourteen days of service of Defendant's opposition or counter-

22  motion.  Unless the Court orders otherwise, upon conclusion of this briefing schedule, the

23  matter will be deemed submitted for decision without oral argument.

24          **IT IS SO ORDERED.**

25

26  Dated: October 29, 2008                   _____
                                             JEFFREY S. WHITE
27                                           UNITED STATES DISTRICT JUDGE

28