IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SALMA K. ALI,

    Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendants.

No. 07-03628 JSW

**JUDGMENT**

IT IS HEREBY ADJUDGED that the agency's final decision is reversed and remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g). The Commissioner of Social Security shall assume jurisdiction to conduct further administrative proceedings as set forth in this Court's Order granting plaintiff Salma K. Ali ("Ali")'s motion for summary judgment and remanding this action, and as necessary to properly complete the original administrative proceedings. This constitutes a final judgment under Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 13, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE