IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SALMA K. ALI,

    Plaintiff,                         No. C 07-03628 JSW

  v.

COMMISSIONER OF SOCIAL SECURITY,     **ORDER REFERRING MOTION FOR ATTORNEYS' FEES TO MAGISTRATE JUDGE**

    Defendant.

    Pursuant to Local Rule 72-1, Plaintiff's motion for an award of attorneys' fees is HEREBY REFERRED to a randomly assigned magistrate judge to prepare a report and recommendation. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

    **IT IS SO ORDERED.**

Dated: February 12, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:     Wings Hom